BOWLES ET AL., APPELLEES, *v.* OHIO DEPARTMENT
OF TRANSPORTATION, APPELLANT.

[Cite as *Bowles v. Ohio Dept. of Transp.* (1991), 62 Ohio St.3d 1202.]

(No. 90–1675—Submitted October 9, 1991—Decided November 13, 1991.)

*James H. Banks* and *Nina M. Najjar,* for appellees.

*Lee I. Fisher,* Attorney General, *Eric A. Walker* and *Simon Karas,* for appellant.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

The court orders that the court of appeals' opinion, 1990 WL 93883, not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties *inter se.*

SWEENEY, DOUGLAS, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent and would reverse the judgment of the court of appeals.